*John Russel* v. *Jonathan Ball and others.*

THE court ruled in this cause, that service on the agent of an attorney plaintiff, is as good as in any other suit, and that it need not be personal. Also that though unavoidable occurrences may prevent judgment, as in case of nonsuit, yet they will not, separately considered, excuse from payment of costs; for the misfortune of the plaintiff ought to be borne by himself, and not work a prejudice to the defendant.